**Gerald Lee McCARTY, Plaintiff–Appellant,**

v.

**Paul L. JONES, Defendant–Appellee.**

**No. 10–6243.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2010.

Decided: May 4, 2010.

Gerald Lee McCarty, Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Lee McCarty appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we affirm for the reasons stated by the district court. *McCarty v. Jones*, No. 5:09–ct–03133–FL (E.D.N.C. Nov. 30, 2009). We deny McCarty's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*